AMENDED COMPLAINT FORM
42 USC 1983

FILED
01/26/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Indiana
Terre Haute Division

**Full Name of Plaintiff**

Derrick L Williams

CASE NUMBER: 2-21-EV-00189-JPH-MG

Vs

**Full Name of Defendants** Marion County Sheriff's Deputy Ballard OIC Deputy Gilbert officer Idisuft, Tyler Authori sergeant stewart custody purdy Sheriff Kerry Forestal

A. PARTIES
1. Plaintiff is a citizen of Edinburgh, and is located at Edinburgh Correctional Facility IN 46124

2. Defendant Marion County Sheriff's-Jail One

   Is a citizen of Marion Co, and resides at Marion Co,

   And worked for Marion County Sheriff's - Jail One

B. STATEMENT OF CLAIM on the space provided on the following page
1 who violated you rights
2 what each defendant did
3 when they did it
4 where it happened and
5 why they did it, if you know

is (if a person or private corporation)

A CITIZEN OF: INDIANA
(STATE IF KNOWN)

AND (IF A PERSON RESIDES AT)
ADDRESS IF KNOWN
40 South Alabama St Indianapolis
IN 46204

C. **JURISDICTION**

☑ I am suing for a violation of federal law under U.S.C. 1331
o I am suing under state law. The state citizenship of the plaintiff(s) is (are) different the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs is:
$_____

D. **RELIEF WANTED**

Nominal damages)
Compensatory damages)
Punitive damages)

① the officer did not do there job of protecting me

② the officer Hurt my shoulder and Right side of my body and my Right foot I am in pain all the time from this

③ I want officers to be Held Responsible for what they did to me

E. Jury Demand
☑ Jury Demand – I want a jury to hear my case
o Court Trial - I want a judge to hear my case

Dated this _____ day of _____ 20____

Respectfully Submitted,

*Derrick L Williams*

Plaintiff's Prisoner ID Number __112134__

Mailing Address of Plaintiff __Edinburgh correctional facillity IN 46124__

**Request to proceed in District Court without prepaying the filing fee**

- [x] **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

- o **I DO NOT** request that I be allowed to file this complaint without preparing the filing under 28 U.S.C 1915, and I have included the full filing fee with this complaint